# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

## Report on Person Under Supervision

**Person Under Supervision**  
Lloyd Anthony Warren

**Docket Number**  
0971 4:21CR00316-001 HSG

**Name of Sentencing Judge:** The Honorable Algenon L. Marbley  
United States District Judge  
Southern District of Ohio

**Date of Original Sentence:** October 18, 2019

**Original Offense**  
Count One: Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1) and 924(a)(2), a Class C felony.

**Original Sentence:** Twenty-four months custody, three years supervised release.  
**Special Conditions:** Special assessment $100; DNA collection; drug treatment and testing; and vocation services program.

**Prior Form(s) 12:** On November 14, 2019, the Court issued a warrant for the client for failing to work and failing to follow the instructions of the probation officer. The warrant was subsequently dismissed.

On August 16, 2021, jurisdiction was transferred from the Southern District of Ohio to the Northern District of California.

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
Unassigned

**Date Supervision Commenced**  
October 29, 2019  
**Defense Counsel**  
Unassigned

## Petitioning the Court to Take Judicial Notice

### Cause

**RE:**   Warren, Lloyd Anthony                                                                                              2
        0971 4:21CR00316-001 HSG

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the person under supervision violated the mandatory condition that he refrain from drug use. |

On March 11, 2021, I met with the client at his residence in Hercules, California. During this meeting the client informed me that he relapsed and had been using cocaine and marijuana. He requested to go into residential treatment.

Evidence to support this charge is the chronological entry dated March 11, 2021, located in the client's electronic probation file.

**Action Taken and Reason**

On March 11, 2021, I met with the client at his home and he admitted to having relapsed and asked for help. The client was subsequently placed in Center Point residential treatment program in Napa, California. He completed that program and returned back home. He continues to participate in outpatient treatment and testing at Options Recovery in Berkeley, California.

Respectfully submitted,                                          Reviewed by:

_____                           _____
Nicole M. Brown                                                      Jennifer J. James
U.S. Probation Officer Specialist                              Supervisory U.S. Probation Officer
Date Signed: August 25, 2021

**RE:**  Warren, Lloyd Anthony  3
0971 4:21CR00316-001 HSG

THE COURT ORDERS:

- ☐ The Court concurs and takes judicial notice
- ☐ Submit a request to modify supervision
- ☐ Submit a request for a warrant
- ☐ Submit a request for summons
- ☐ Other:

_____       _____
Date                                                                        Haywood S. Gilliam Jr.
                                                                                      United States District Judge