**FILED**

Sep 30 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LLOYD ANTHONY WARREN,<br><br>Defendant. | Case No. 21-cr-00316 HSG (NC)<br><br>**DETENTION ORDER**<br><br>Hearing: September 30, 2021 |

  In accordance with the Bail Reform Act, 18 U.S.C. § 3142, the Court on September 30, 2021, held a hearing to determine detention or release on supervisory conditions for defendant Lloyd Warren. He is charged in this case with violating the terms of his supervised release; his supervision was transferred to this District from Ohio. The defendant appeared at the hearing with his counsel AFPD Joyce Leavitt.

  Under Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. §3143(a), the defendant charged with violation of supervised release has the burden of establishing by "clear and convincing evidence" that he or she will not flee or pose a danger to any other person or to the community. Here, Warren did not establish evidence to overcome this burden. The Court considered assignment to a halfway house or release to reside with his mother, but U.S. Probation and the prosecution both opposed this based on Warren's recent and poor

performance while on supervision, including a drug overdose and alleged participation in a San Mateo crime. Consequently, the Court orders the defendant to be detained. The Court is concerned about Warren's medical treatment while in custody. He is permitted to return to this Court with additional information and medical records, especially if his diagnosis worsens and he is not able to receive suitable medical care in custody.

    The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

    IT IS SO ORDERED.

Date: September 30, 2021

_____
Nathanael M. Cousins
United States Magistrate Judge